No. 63339.—Algemene Kunstzidje Unie NV *v.* United States, protests 284763–K, etc. (Norfolk).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 63340.—C. Tennant & Sons Co. of New York *v.* United States, protest 330252–K (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 63341.—Joseph H. Brown & Son *v.* United States, protest 58/17936 (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 63342.—Paramount Import Co., Inc., et al. *v.* United States, protests 250997–K, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiffs was sustained.

No. 63343.—Charles Orlando Co. *v.* United States, protest 330997–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiff was sustained.

No. 63344.—Joseph Sabella et al. *v.* United States, protests 58/2971, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiffs was sustained.

No. 63345.—John V. Carr & Son, Inc. *v.* United States, protests 214294–K, 218712–K, and 217125–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63346.—The Nestle Co., Inc. *v.* United States, protest 323549–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C.D. 1864), the claim of the plaintiff was sustained.

No. 63347.—Cresca Co., Inc., et al. *v.* United States, protests 328635–K, etc. (New York).